# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONY L. MUTSCHLER, | No. 3:14-CV-02477 |
| Plaintiff, | (Judge Brann) |
| v. | |
| BRENDA L. TRITT, *et al.*, | |
| Defendants. | |

## ORDER

**MAY 5, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment, Doc. 150, is **GRANTED**;

2. The Clerk of Court is directed to **ENTER JUDGMENT** in favor of Defendants and as against Plaintiff; and

3. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge